

**ORDERED in the Southern District of Florida on December 3, 2019.**

*Mindy A. Mora*
_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In Re:

RR3 RESOURCES, LLC and         Case No. 19-25063-MAM
RECYCLING REVOLUTION, LLC,      Case No. 19-25064-EPK
                                Chapter 11
      Debtors,                  Jointly Administered

_____/

### ORDER ON DEBTORS' MOTION TO COMPEL TURNOVER OF ESTATE ASSETS

**THIS MATTER** came before the Court for hearing on November 26, 2019, upon Debtors' Motion to Compel Turnover of Estate Assets [D.E. 13] ("Motion"). Upon reviewing the matter, including the Response and Objection [D.E. 30] to the Motion filed by Gabrielle/MHT Limited Dividend Housing Partnership and Benjamin Manor MHT Dividend Housing Associates, LLC (collectively, "MHT"), having heard argument of counsel, and being advised in the premises, it is:

**ORDERED AND ADJUDGED:**

1.   The Motion [D.E. 13] is DENIED as to the funds formerly held by garnishee Bryan Plastics Processing, LLC and the Clerk of Court of Wood County, Ohio, and remitted via check to counsel for MHT dated November 4, 2019 in the amount of $9,462.91.

2.	The Motion [D.E. 13] is DENIED as moot with respect to the garnished funds with JR Plastics Corporation as a result of the Voluntary Dismissal of Writ of Garnishment [D.E. 33] filed by MHT on November 25, 2019.

###

**Submitted by:**

**Joe M. Grant, Esquire**
Marshall Grant, PLLC
*Attorneys for Debtors*
197 South Federal Highway, Suite 200
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581

[*Attorney Joe M. Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service]